BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10-CR-00499 LJO |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| MICHAEL JOE VASQUEZ, | ) | |
| Defendant. | ) | |

WHEREAS, on August 2, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Michael Joe Vasquez, in the following property:

    a.   A.A. Arms AP9 9mm pistol, serial number 046470;

    b.   Smith & Wesson Model 66 .357 revolver, serial number AJW4801;

    c.   Mossberg 12-gauge Shotgun, serial number P552121; and

    d.   Marlin .22 caliber rifle Model 600, serial number 15411237.

///

1                                        Final Order of Forfeiture

1 | AND WHEREAS, beginning on August 6, 2011, for at least 30
2 | consecutive days, the United States published notice of the
3 | Court's Order of Forfeiture on the official internet government
4 | forfeiture site www.forfeiture.gov. Said published notice
5 | advised all third parties of their right to petition the Court
6 | within sixty (60) days from the first day of publication of the
7 | notice for a hearing to adjudicate the validity of their alleged
8 | legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties: Terry Lee Piper, Mark Eugene Goddard, Pacific International Merchandising Corp, and Michael Alexander Calder;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Michael Joe Vasquez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///

3.   The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   October 7, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE